# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

**TREVOR L. BENNETT AND**
**LORRA J. BENNETT,**  Case No. 08-65203-MBM
                       Chapter 7
　　　　Debtors.         HON. MARCI B. MCIVOR
_____/

### TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CLAIM

**NOW COMES** the Chapter 7 Trustee, Kenneth A. Nathan, by and through his attorneys, Nathan Law, PLC, for his **Motion for Order Approving Compromise of Claim**, states as follows:

1.　This is the Trustee's Motion for Order Approving Compromise of Claim (the "Motion"), which is brought pursuant to B.R. 9014 and 9019. A proposed Order is attached as Exhibit "1".

2.　This is a core proceeding pursuant to 28 U.S.C. §157(b)(2), over which the Court has jurisdiction pursuant to 28 U.S.C. §§1157 and 1334.

3.　On October 15, 2008 Trevor L. Bennett and Lorra J. Bennett ("Debtors") filed a Petition under Chapter 7 of Title 11 of the United States Code.

4.　Kenneth A. Nathan was appointed the Chapter 7 Trustee ("Trustee") on an interim basis which became permanent on December 2, 2008, at the conclusion of the first meeting of creditors.

5.　On or about December 6, 2008 Trustee filed his Report of No Distribution due to the fact that, according to his investigation and sworn testimony of the Debtors, all assets were listed and properly and fully exempt.

6.　On or about July 8, 2009 the Court entered an Order closing the case.

7.　On or about April 17, 2018, Trustee was contacted and advised that

1

a settlement had been reached regarding Lorra J. Bennett's injuries related to her January 26, 2004 transvaginal mesh implant.

8. On June 18, 2018 this case was reopened and Kenneth A. Nathan was reappointed Trustee.

9. The claim likely arose prior to the filing for relief and was not scheduled by the Debtors.

10. The net settlement, after expenses, is $127,052.33. See Settlement Statement attached hereto as Exhibit 6A.

11. Lorra Bennett's portion of the settlement is $114,347.10.

12. Trustee seeks authority to accept 40% of Debtor, Lorra Bennett's, net recovery, which will net the Estate $45,738.84.

13. Debtors have indicated through counsel that they are in agreement with the proposed settlement.

14. Federal Rule of Bankruptcy Procedure 9019 provides that "[o]n motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement." The Supreme Court has stated that the Bankruptcy Judge must:

> Apprise himself of all facts necessary for an intelligent and objective opinion of the probabilities of ultimate success should the claim be litigated. Further, the judge should form an educated estimate of the complexity, expense, and likely duration of such litigation, the possible difficulties of collecting on any judgment which might be obtained, and all other factors relevant to a full and fair assessment of the wisdom of the proposed compromise.

*Protective Committee for Independent Stockholders of TNT Trailer Fairy, Inc. vs. Anderson*, 390 U.S. 414 (1968). *See also In re Stinson*, 221 B.R. 726, 732 (Bankr. E.D. Mich. 1998).

15. The proposed settlement offer satisfies the factors established by the Supreme Court as set forth above:

    a. The Trustee's ability to obtain ultimate success should the

2

claim be litigated is uncertain. The proposed settlement is an attempt to resolve the Estate's issues without incurring further expenses associated with continued litigation of the claim;

      b.    Litigation of the claim would be costly and time consuming, creating an unnecessary and unfair burden on this Estate;

      c.    The best interest of the creditors and "all other factors relative to a full and fair assessment of the wisdom of the proposed compromise", including the settlement offer, support the settlement, especially because it furthers the Trustee's ability to close the Estate and make a possible distribution to creditors; and

      d.    The proposed settlement removes any uncertainty in recovery occasioned by further litigation of the claim, as well as avoiding the expenses associated with prolonged litigation.

16.    In connection with the filing of this Motion, the Trustee has provided notice to creditors of the proposed compromise of the claim in accordance with Local Bankruptcy Rule 9014 (E.D.M.) and B.R. 2002(a)(3).

**WHEREFORE**, the Trustee respectfully requests that this Honorable Court grant his Motion and enter an Order approving the settlement as outlined above.

                           Respectfully submitted,

                           NATHAN LAW, PLC

Dated: July 8, 2018      By:*/s/Kenneth A. Nathan*
                           KENNETH A. NATHAN (P39142)
                           Attorney for Chapter 7 Trustee
                           24725 W. 12 Mile Road, Suite 110
                           Southfield, Michigan 48034
                           (248) 663-5133
                           ken@nathanlawplc.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:

**TREVOR L. BENNETT AND**
**LORRA J. BENNETT,**                               Case No. 08-65203-MBM
                                                          Chapter 7
     Debtors.                               HON. MARCI B. MCIVOR
_____/

## ORDER APPROVING COMPROMISE OF CLAIMS

This matter having come before the Court on the Trustee's **Motion for Order Approving Compromise of Claims** (the "Motion"), the Court having reviewed the pleadings and being fully advised in the premises,

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that the Estate shall receive 40% of the Debtor, Lorra Bennett's, net recovery, which will net the Estate $45,738.84 as non-exempt property of the Estate;

**IT IS FURTHER ORDERED** Debtor, Lorra Bennett, accepts the balance of the net proceeds as full payment of her claim to the settlement proceeds;

**IT IS FURTHER ORDERED** all claims of the parties are resolved;

**IT IS FURTHER ORDERED** that the Trustee shall be entitled to administer the proceeds for the benefit of creditors.

1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

**TREVOR L. BENNETT AND**
**LORRA J. BENNETT,**  Case No. 08-65203-MBM
  Chapter 7
 Debtors. HON. MARCI B. MCIVOR
_____/

**NOTICE OF OPPORTUNITY TO RESPOND TO TRUSTEE'S MOTION**
**FOR ORDER APPROVING COMPROMISE OF CLAIM**

**PLEASE TAKE NOTICE** that Nathan Law, PLC, attorneys for Kenneth A. Nathan, Chapter 7 Trustee, has filed Trustee's **Motion for Order Approving Compromise of Claim** (hereinafter referred to as the "Motion") with the Court. The Trustee has filed this Motion to seek approval to accept 40% of Debtor, Lorra Bennett's, portion of net settlement proceeds of $114,347.10, which will net the Estate $45,738.84.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) The Motion is available for review at the office of the Clerk of the U.S. Bankruptcy Court for the Eastern District of Michigan, located at 211 W. Fort St., 17th Floor, Detroit, Michigan, or may be obtained by sending a **written** request to Kenneth A. Nathan, Esq., Nathan Law, PLC, 24725 W. 12 Mile Road, Suite 110, Southfield, Michigan 48034.

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, within twenty-one (21) days you or your attorney must:

1. File with the Court a written response or an answer explaining your position, at: **United States Bankruptcy Court, 211 W. Fort Street, Ste. 1700, Detroit, MI 48226.**[1]

    If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it within the 21-day period stated above.

    You must also mail a copy to: **Kenneth A. Nathan, Nathan Law, PLC, 24725 W. 12 Mile Road, Suite 110, Southfield, Michigan 48034.**

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

---

[1] Reply or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

1

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.**

                                                Respectfully submitted,

                                                NATHAN LAW, PLC

Dated: July 8, 2018       By: */s/Kenneth A. Nathan*
                                                          KENNETH A. NATHAN (P39142)
                                                           Attorney for Chapter 7 Trustee
                                                           24725 W. 12 Mile Road, Suite 110
                                                           Southfield, Michigan 48034
                                                           (248) 663-5133
                                                           ken@nathanlawplc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

**TREVOR L. BENNETT AND**
**LORRA J. BENNETT,**                                  Case No. 08-65203-MBM
                                                       Chapter 7
      Debtors.                                 HON. MARCI B. MCIVOR
_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 8, 2018, I electronically filed with the Clerk of the Court via the ECF system: ***1) Trustee's Motion for Order Approving Compromise of Claim, 2) Proposed Order Approving Compromise of Claim, 3) Notice of Opportunity to Respond to Trustee's Motion for Order Approving Compromise of Claim, and 4) Certificate of Service***, which will send notification of such filing to all ECF participants including the attorney for the Debtors and the Office of the U.S. Trustee.

    I also hereby certify that on July 8, 2018, I mailed by First Class Mail with the United States Postal Service the ***Notice of Opportunity to Respond to Trustee's Motion for Order Approving Compromise of Claim*** to all parties listed on the matrix of creditors attached hereto.

                            Respectfully submitted,

                            NATHAN LAW, PLC

Dated:   July 8, 2018        By:*/s/Kenneth A. Nathan*
                            KENNETH A. NATHAN (P39142)
                            Attorney for Chapter 7 Trustee
                            24725 W. 12 Mile Road, Suite 110
                            Southfield, Michigan 48034
                            (248) 663-5133
                            ken@nathanlawplc.com

1

```
Label Matrix for local noticing          Natalie Aguirre                          Arthritis Consultants PC
0645-2                                   1673 S. Huron                            P.O. Box 44047
Case 08-65203-mbm                        Ypsilanti, MI 48197-9701                 Detroit, MI 48244-0047
Eastern District of Michigan
Detroit
Sat Jul  7 22:44:31 EDT 2018

William C. Babut                         William C. Babut                         Bank of America
700 Towner Street                        700 Towner                               P.O. Box 15026
Ypsilanti, MI 48198-5724                 Ypsilanti, MI 48198-5724                 Wilmington, DE 19850-5026


Bank of America                          Lorra J. Bennett                         Trevor L. Bennett
P.O. Box 15726                           34955 Winslow                            34955 Winslow
Wilmington, DE 19850-5026                Wayne, MI 48184-2391                     Wayne, MI 48184-2391


Buckles & Buckles PLC                    Cardmember Service - Toys R Us           Chase Cardmember Service
17845 W Fourteen Mile Road               P.O. Box 15299                           P.O. Box 15298
P.O. Box 1150                            Wilmington, DE 19850-5299                Wilmington, DE 19850-5298
Birmingham, MI 48012-1150


Chase Cardmember Service                 Citi Cards                               Citi Cards
P.O. Box 15548                           P.O. Box 6000                            P.O. Box 6275
Wilmington, DE 19886-5548                The Lakes, NV                            Sioux Falls, SD 57117-6275
                                         89163-6000


Citi Cards                               Citi Cards                               Citicorp Credit Services, Inc.
P.O. Box 6923                            Sears Gold Mastercard                    P.O. Box 140516
The Lakes, NV 88901-6923                 P.O. Box 6282                            Toledo, Ohio 43614-0516
                                         Sioux Falls, SD 57117-6282


Cortez, Jenkins & Blair, PLLC            (p)DISCOVER FINANCIAL SERVICES LLC       Encore Receivable
P.O. Box 532110                          PO BOX 3025                              400 North Rogers Road
Livonia, MI 48153-2110                   NEW ALBANY OH 43054-3025                 Olathe, KS  66062-1212


FIA Card Services                        Ford Motor Credit                        (p)FORD MOTOR CREDIT COMPANY
P.O. Box 15718                           P.O. Box 542000                          P O BOX 62180
Wilmington, DE 19850                     Omaha, NE 68154-8000                     COLORADO SPRINGS CO 80962-2180


(p)INTERNAL REVENUE SERVICE              LaSalle Bank                             Mann Bracken, LLC
CENTRALIZED INSOLVENCY OPERATIONS        2600 West Big Beaver Rd.                 One Paces West
PO BOX 7346                              Troy, MI 48084-3309                      2727 Paces Ferry Road SE
PHILADELPHIA PA 19101-7346                                                        Suite 1400
                                                                                  Atlanta, GA 30339-4053


Med Express                              Medical Diagnostic Laboratories, LLC    Kenneth Nathan
P.O. Box 5508                            2439 Kuser Road                          24725 W. 12 Mile Road
Virginia Beach, VA 23471-0508            Hamilton, NJ 08690-3303                  Suite 110
                                                                                  Southfield, MI 48034-8345
```

```
Nathan Law, PLC                      Oakwood Healt Care Group             Craig B. Rule
Nathan Law, PLC                      P.O. Box 673006                      1650 West Big Beaver Road
24725 W. 12 Mile Road                Detroit, MI 48267-3006               Troy, MI 48084-3534
Suite 110
Southfield, MI 48034-8345


Sam's Club                           Sears Premier Gold MasterCard        (p)SPRINT NEXTEL CORRESPONDENCE
P.O. Box 981064                      P.O. Box 6282                        ATTN BANKRUPTCY DEPT
El Paso, TX 79998-1064               Sioux Falls, SD 57117-6282           PO BOX 7949
                                                                          OVERLAND PARK KS 66207-0949


SunTrust Mortgage, Inc.              Sunrise Credit Services, Inc.        Target National Bank
RVW-3003                             260 Airport Plaza                    3901 West 53rd Street
P.O. Box 26149                       P.O. Box 9100                        Sioux Falls, SD 57106-4216
Richmond, VA 23260-6149              Farmingdale, NY 11735-9100


United Collection Bureau Inc.        United States Attorney IRS           Verizon
5620 Southwyckm Ayurw 296            Attn:  Civil Division                777 Big Timber Road
Toledo, Ohio  43614                  211 W. Fort St., Ste. 2300           Elgin, IL 60123-1488
                                     Detroit, MI 48226-3269


Weber & Olcese, PLC
3250 West Big Beaver Road
Suite 124 Sheffield Office Park
Troy, MI 48084-2902
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Card                        Ford Motor Credit Company LLC        Internal Revenue Service
P.O. Box 30943                       Drawer 55-953                        Attn:  Special Procedures
Salt Lake City, UT 84130             P O Box 55000                        P.O. Box 330500, Stop 15
                                     Detroit  MI  48255-0953              Detroit, MI 48226


(d)Internal Revenue Service          Sprint
P.O. Box 21126                       PO Box 172408
Philadelphia, PA  19114              Denver, CO 80217-2408
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ford Motor Credit Company, LLC    (u)Daniel M. McDermott               End of Label Matrix
                                                                          Mailable recipients   42
                                                                          Bypassed recipients    2
                                                                          Total                 44
```



# SETTLEMENT DISTRIBUTION STATEMENT

June 12, 2018

| Lorra Bennett | Kenneth A. Nathan, Esq. | Trevor Bennett |
|---|---|---|
| 6538 Pardee Road | 24725 W. 12 Mile Road, Suite 110 | 3606 Hannan Road, Apt. 101 |
| Taylor, MI 48180 | Southfield, MI 48034 | Wayne, MI 48184 |

Injured Party: Bennett, Lorra
Litigation: Transvaginal Mesh (TVM)

| | | | |
|---|---|---|---|
| **Gross Settlement** | | | $ 227,989.44 |
| **Less: Fees** | | | |
| MDL Common Benefit Fees per Court Order (3% of gross settlement) | $ | 6,839.68 | |
| Attorney's Fees - Audet & Partners 60% of fees minus MDL | $ | 50,613.66 | |
| Attorney's Fees - Levin Simes 40% of fees minus MDL | $ | 33,742.44 | |
| Total Fees 40% of gross settlement | | | $ 91,195.78 |
| **Less: Case Costs** | | | |
| MDL Common Benefit Costs per Court Order (2% of gross settlement) | $ | 4,559.79 | |
| Case Costs | $ | 4,881.54 | |
| Final Lien Resolution Cost | $ | 300.00 | |
| Total Case Costs | | | $ 9,741.33 |
| **Net Client Recovery After Fees and Costs** | | | $ 127,052.33 |
| **Less: Medical Liens** | | | |
| Repayment of Medical Lien | | | $ - |
| **Client Distribution Amount** | | | $ 127,052.33 |
| Lorra Bennett | | | $ 68,608.26 |
| Kenneth Nathan Chapter 7 Trustee (40% of Lorran Bennett's portion) | | | $ 45,738.84 |
| Lorra Bennett (90%) | | | $ 114,347.10 |
| Trevor Bennett (10%) | | | $ 12,705.23 |
| | | | $ 127,052.33 |

LEVIN SIMES ABRAMS LLP :: 1160 Battery Street East, Suite 100, San Francisco, California 94111
Telephone :: (888) 426.4156 :: Main :: (415) 426.3000 :: Facsimile (415) 426.3001 :: www.levinsimes.com