**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

**TREVOR L. BENNETT AND**
**LORRA J. BENNETT,**                                Case No. 08-65203-MBM
                                                     Chapter 7
        Debtors.                                     HON. MARCI B. MCIVOR
_____/

## ORDER APPROVING COMPROMISE OF CLAIMS

This matter having come before the Court on the Trustee's **Motion for Order Approving Compromise of Claims** (the "Motion"), the Court having reviewed the pleadings and being fully advised in the premises,

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that the Estate shall receive 40% of the Debtor, Lorra Bennett's, net recovery, which will net the Estate $45,738.84 as non-exempt property of the Estate;

**IT IS FURTHER ORDERED** Debtor, Lorra Bennett, accepts the balance of the net proceeds as full payment of her claim to the settlement proceeds;

**IT IS FURTHER ORDERED** all claims of the parties are resolved;

**IT IS FURTHER ORDERED** that the Trustee shall be entitled to administer the proceeds for the benefit of creditors.

**Signed on August 02, 2018**



/s/ Marci B. McIvor
**Marci B. McIvor**
**United States Bankruptcy Judge**

1