**UNITED STATE BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the matter of:

TREVOR L. BENNETT and
LORRA J. BENNETT,                              Case No. 08-65203-MBM
                                                         Chapter 7
       Debtors.                            Hon. MARCI B. MCIVOR
_____/

### ORDER AUTHORIZING COMPENSATION OF COUNSEL TO TRUSTEE

Upon filing of the **First and Final Application of Nathan Law, PLC, for Award of Fees and Expenses for Services Rendered as Counsel for Trustee For the Period April 17, 2018 through October 3, 2018,** notice having been duly served and no objections having been timely filed with the Court, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Nathan Law, PLC be awarded compensation for fees in the amount of $7,760.00 and expenses in the amount of $33.12.

**Signed on December 04, 2018**



/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge