**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the matter of:

BENNETT, TREVOR L.
BENNETT, LORRA J.

Case No. 08-65203-MBM
Chapter 7
Hon. MARCI B. MCIVOR

Debtor(s)

---

**NOTICE OF UNCLAIMED DIVIDENDS**

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Arthritis Consultants, PC | 3 | $ 41.37 |
| Bank of America | 4 | 1,632.90 |
| Citi Cards | 10 | 3,139.78 |
| LaSalle Bank | 13 | 2,065.69 |
| Med Express | 14 | 63.77 |
| Med Express | 15 | 46.69 |
| Sam's Club | 18 | 578.46 |
| Sprint | 20 | 209.90 |
| | TOTAL | $ 7,778.56 |

Date: April 15, 2019

/s/ Kenneth A. Nathan
Kenneth A. Nathan, Trustee (P39142)
32300 Northwestern Hwy, Suite 200
Farmington Hills, MI 48334
ken@nathanlawplc.com
(248) 663-5133

1